No. 79–5170.  MIERA v. UNITED STATES;

No. 79–5172.  HENDERSON ET AL. v. UNITED STATES; and

No. 79–5182.  SIMMONS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 79–5178.  HAYES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 79–5202.  CAPERS v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 79–5209.  TERRY v. MOULTRIE, CHIEF JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 79–5210.  NOEL v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 79–5214.  FREDERICKSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 79–5233.  PROUGH v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–5250.  CARTER v. JAGO, CORRECTIONAL SUPERINTEND-ENT.  C. A. 6th Cir.  Certiorari denied.

No. 79–5253.  LOVELL v. EISENSTADT, SHERIFF, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 79–5271.  WOOD v. CATANIA, JUDGE.  C. A. 3d Cir. Certiorari denied.

No. 79–5274.  CORDER v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 79–5276.  CAMPBELL v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.